UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                          CASE NO.  3:07cr136LAC

ANTONIO AKEL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  January 29, 2008
Motion/Pleadings:  MOTION TO SUPPRESS EVIDENCE and MEMO IN SUPPORT
Filed by  DEFENDANT                         on  1/29/2008            Doc.#  52 & 53

RESPONSES:
BY GOVERNMENT                               on 2/6/08                Doc.#  60
                                            on                       Doc.#
_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            s/Mary Maloy
LC (1 OR 2)                                 Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of February, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) See record of proceedings.*


                                            s/L.A. Collier
                                            ***LACEY A. COLLIER***
                                            *Senior United States District Judge*


Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.