UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                              Case No.  3:07cr136LAC

**ANTONIO U. AKEL**
_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Counts Four, Five and Six, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Counts Four, Five and Six as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this 25th day of March, 2008

                                    s/*L.A. Collier*
                                    LACEY A. COLLIER
                                    Senior United States District Judge