**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                           CASE NO.  3:07cr136 LAC

ANTONIO AKEL

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 29, 2008
Motion/Pleadings:  MOTION TO REQUEST SENTENCING MEMORANDUM BE PLACED UNDER SEAL
Filed by DEFENDANT          on 5/29/08        Doc.# 111

RESPONSES:
BY GOVERNMENT              on 6/4/08         Doc.# 112
                           on                Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                   *s/Mary Maloy*
                              Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of July, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Sentencing memorandum has been included with the Presentence Report.*

                                   *s/L.A. Collier*
                              **LACEY A. COLLIER**
                         *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.