IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.     Case Nos.    3:07cr136/LAC/EMT
                    3:11cv35/LAC/EMT

ANTONIO AKEL
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 13, 2013 (doc. 196). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 156), as supplemented by doc. 187, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. Defendant's Motion for Leave to Reply (Doc. 199) and Motion to Stay Time Allotted for Objections (Doc. 210) are **DENIED** as moot.

5. Defendant's Motions for Judicial Notice (Docs. 202, 203) are **GRANTED** as a matter of course.

6. Defendant's Motion Pursuant to *United States v. Jordan* (Doc. 207) is **DENIED**. If Defendant is having difficulty accessing legal materials relevant to other cases, he should file motions in those affected cases, in the same manner as he has done in this case.

7. Defendant's Motion for Hearing Pursuant to *Franks v. Delaware...* (Doc. 212) is **DENIED**.

8. Defendant's Motion for Leave to Raise Jurisdictional Issue (Doc. 214) is **DENIED**.

**DONE AND ORDERED** on this 4th day of March, 2014.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge